UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SISTER E. JONES-BEY,<br><br>       Plaintiff,<br><br>-against-<br><br>DEPARTMENT OF SOCIAL SERVICES; DEPARTMENT OF HOMELESS SERVICES; HUMAN RESOURCES ADMINISTRATION; MR. MUHAMMED; MS. L. PATTERSON; and MOLLY WARSAW PARK,<br><br>       Defendants. | 23-CV-8869 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the December 5, 2023, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 17, 2024
     New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge